# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

CIVIL ACTION NO. 1:19-cv-553-LCB-JLW

| | |
|---|---|
| **CARHARTT, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**QUALITY SALES & LEASING, INC. AND MARION D. MAY,**<br><br>Defendants. | Honorable Loretta C. Biggs |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND TO CONTINUING JURISDICTION OF COURT

It is hereby stipulated and agreed by and between all parties that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff's claims are hereby dismissed without prejudice and the Court shall retain jurisdiction over the matter and the parties for the purpose of enforcing the parties' settlement agreement.

Dated this 1st day of October, 2019.

**DICKINSON WRIGHT PLLC**

By: /s/ Melissa Alcantara
Jenny T. Slocum
Melissa Alcantara
1825 I Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Email: JSlocum@dickinsonwright.com
　　　　MAlcantara@dickinsonwright.com

Dated this 1st day of October, 2019.

**EPSTEIN DRANGEL LLP**

By: /s/ Kerry Brownlee
Jason M. Drangel
Kerry Brownlee
60 East 42nd Street, Suite 2520
New York, NY 10165
Tel: (212) 292-5390
Email: jdrangel@ipcounselors.com
　　　　kbrownlee@ipcounselors.com

| | |
|---|---|
| John S. Artz<br>DICKINSON WRIGHT PLLC<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>Tel: (734) 623-7075<br>Email: JSArtz@dickinsonwright.com | *Counsel for Defendants Quality Sales & Leasing, Inc. and Marion D. May* |

Hayden J. Silver, III (NC Bar No. 10037)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2188
Email: Jay.Silver@wbd-us.com

Jacob S. Wharton (NC Bar No. 37421)
WOMBLE BOND DICKINSON (US) LLP
1 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 747-6609
Email: Jacob.Wharton@wbd-us.com

*Counsel for Plaintiff Carhartt, Inc.*

# CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2019, I served the foregoing **STIPULATED MOTION FOR ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** on counsel for Defendants Quality Sales and Leasing, Inc. and Marion D. May by First Class Mail and email to:

    Jason M. Drangel
    Kerry Brownlee
    EPSTEIN DRANGEL LLP
    60 East 42nd Street, Suite 2520
    New York, NY 10165
    Tel: (212) 292-5390
    Email: jdrangel@ipcounselors.com
            kbrownlee@ipcounselors.com

                          Respectfully submitted,

                          /s/ *Jacob S. Wharton*
                        Jacob S. Wharton (NC Bar No. 37421)
                        WOMBLE BOND DICKINSON (US) LLP
                        1 West Fourth Street
                        Winston-Salem, NC 27101
                        Tel: (336) 747-6609
                        Email: Jacob.Wharton@wbd-us.com